AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Robert Earl Morning | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:15-cv-3349-RBH |
| Ken Carlisle Rogers, | ) |
| in his individual and official capacity | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Default Judgment is entered against defendant Ken Carlisle Rogers (in his individual capacity) in the amount of Thirty Five Thousand and No/100 ($35,000.00) Dollars.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge who adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date: September 24, 2018

*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*